No. 90–713.   DRABKIN, TRUSTEE OF AUTO-TRAIN CORP., AKA RAILWAY SERVICES CORP. *v.* ALEXANDER GRANT & CO. ET AL.

1000

C. A. D. C. Cir.   Certiorari denied.